USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/29/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
                                                        :
  ANTONIO CABALLERO,                                    :
                                                        :
                        Plaintiff,                      :
                                                        :   20-cv-11061 (ALC)
            -against-                                   :
                                                        :   ORDER
                                                        :
  FUERZAS ARMADAS                                       :
  REVOLUCIONARIAS DE COLOMBIA,                          :
  ET AL.,                                               :
                                                        :
                        Defendants.                     :
                                                        :
------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., United States District Judge:**

On December 30, 2020, this case was removed from New York Supreme Court to the Southern District of New York. ECF No. 1. On January 19, 2021, the case was reassigned to this Court. On January 25, 2021, Mr. Lopez Bello's counsel submitted a letter requesting a pre-motion conference in connection with a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2)-(4) and (6). ECF No. 8. Plaintiff is hereby **ORDERED** to respond to this request by February 8, 2021.

Mr. Lopez Bello's counsel is hereby **ORDERED** to serve Plaintiff with this Order and file proof of service by no later than February 2, 2021.

**SO ORDERED.**

**Dated:  January 29, 2021**
       **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**