```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/5/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
ANTONIO CABALLERO,                                                 :
                                                                   :
                                        Plaintiff,                 :
                                                                   :    20-CV-11061 (ALC)
              -against-                                            :
                                                                   :    ORDER SETTING
FUERZAS ARMADAS REVOLUCIONARIAS DE                                 :    CONFERENCE
COLOMBIA, ET AL.,                                                  :
                                                                   :
                                        Defendants.                :
------------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a pre-motion conference in this case on April 5, 2021 at 11:30 a.m.

The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**  **March 5, 2021**
           **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**