```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/07/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
**ANTONIO CABALLERO,**

                        **Plaintiff,**

    -against-                                         **20-CV-11061 (ALC)**

                                                            **ORDER**

**FUERZAS ARMADAS REVOLUCIONARIAS DE**
**COLOMBIA, ET AL.,**

                        **Defendants.**
---------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court held a pre-motion conference on April 5, 2021 at 11:30 a.m. in connection with Mr. Lopez Bello's and Mr. Alvarez Montelongo's anticipated motions to dismiss and to intervene (respectively). In accordance with the pre-motion conference, the parties are hereby ORDERED to submit a joint status report by no later than April 26, 2021 including whether they expect JPMorgan Chase and/or Bank of New York Mellon to be involved in the instant action and how they would like to proceed with the litigation.

**SO ORDERED.**

**Dated:**       **April 7, 2021**
                  **New York, New York**

                                                             **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**