USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __04/28/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

ANTONIO CABALLERO,

                **Plaintiff,**

-against-

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, ET AL.,

                **Defendants.**

------------------------------------------------------------------- x

**20-CV-11061 (ALC)**

**ORDER SETTING CONFERENCE**

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a status conference in this case on April 30, 2021 at 11:30 a.m. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**       **April 28, 2021**
                **New York, New York**

                **ANDREW L. CARTER, JR.**
                **United States District Judge**