UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Caballero,

           Plaintiff,

–v–

Fuerzas Armadas Revolucionarias De Colombia, *et al.*,

           Defendants.

20-cv-11061 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties, other than interested party Julio Cesar Alvarez Montelongo for whom this case has been stayed, were instructed to submit their proposed case management plan and joint letter seven days in advance of the September 10, 2021 conference. Dkt. No. 33. The parties did not do so. Instead, Plaintiff and interested party Samark Jose Lopez Bello jointly submitted a request to stay the case as to Lopez Bello.

    The joint request to stay the case as to Lopez Bello is GRANTED. Plaintiff and the remaining parties are **to submit their joint letter and proposed case management plan by September 9, 2021** in advance of the September 10, 2021 conference or indicate whether they seek a stay.

    SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                                           ALISON J. NATHAN
                                                     United States District Judge