UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>    Plaintiff,<br><br>vs.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, A/K/A FARC-EP A/K/A REVOLUTIONARY ARMED FORCES OF COLOMBIA, and THE NORTE DE VALLE CARTEL,<br><br>    Defendants,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Garnishee,<br><br>and<br><br>SAMARK JOSE LOPEZ BELLO, and JULIO CESAR ALVAREZ MONTELONGO,<br><br>    Interested Parties. | CASE NO.: 1:20-cv-11061-PAC (Removal from N.Y. Sup. Ct. N.Y. Ctny. 154864/2020) |

**JOINT STATUS REPORT OF PLAINTIFF ANTONIO CABALLERO AND
INTERESTED PARTY SAMARK JOSE LÓPEZ BELLO**

Plaintiff, Antonio Caballero ("Caballero") and Interested Party, Samark Jose López Bello ("López") (collectively the "Parties") provide the following status report:[1]

---

[1] The Parties submit this status report pursuant to this Court's Memo Endorsement entered on June 7, 2022, D.E. 53 (continuing the stay of this case as to López and ordering a report in 45 days), on the Parties' Joint Status Report, D.E. 52.

On September 8, 2021, the Court stayed these proceedings as to López. D.E. 41. Such order was entered pursuant to the Parties' joint stipulation to stay the case as to López in order to preserve party and judicial resources as the issues in this case have a substantial overlap with ongoing proceedings in *Caballero v. FARC, et al.*, No. 20-mc-00249-PAC (S.D.N.Y.) (the "Caballero SDNY Action") and *Stansell, et al. v. FARC, et al.*, No. 1:16-mc-00405-LGS (S.D.N.Y.) (the "Stansell SDNY Action"). D.E. 40. Both the Caballero and Stansell SDNY Actions are still in progress and the overlapping issues in such proceedings are yet to be decided. As such, the Parties hereby request the Court to continue its stay.

Dated: July 22, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph I. Zumpano* | */s/ Kerri E. Chewning* |
| Joseph I. Zumpano (Admitted PHV Fla. Bar No. 0056091) | Kerri E. Chewning |
| Email: jzumpano@zplaw.com | Archer & Greiner, P.C. |
| Leon N. Patricios (Admitted PHV Fla. Bar. No. 0012777) | Three Logan Square |
| Email: lpatricios@zplaw.com | 1717 Arch Street, Suite 3500 |
| Zumpano Patricios, P.A. | Philadelphia, PA 19103 |
| Coral Gables, FL 33134 | (215) 246-3172 |
| (305) 444-5565 | Email: Kchewning@archerlaw.com |
| | |
| Nicholas Rostow | Eric I. Yun |
| Zumpano Patricios & Popok, PLLC | Archer & Greiner, P.C. |
| 134 East 38th Street | Three Logan Square |
| New York, New York 10016 | 1717 Arch Street, Suite 3500 |
| (212) 381-9914 | Philadelphia, PA 19103 |
| Email: nrostow@zplaw.com | (215) 963-3300 |
| | Email: eyun@archerlaw.com |
| ***Counsel for Plaintiff Antonio Caballero*** | ***Counsel for Interested Party Samark Jose López Bello*** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July 2022, the undersigned electronically filed the foregoing document with the Clerk of Courts by using the CM/ECF system.

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano
