USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | |
|---|---|
| ANTONIO CABALLERO, | |
| Plaintiff. | 20-CV-11061 (VEC) |
| -against- | ORDER |
| FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, A/K/A FARC-EP A/K/A REVOLUTIONARY ARMED FORCES OF COLOMBIA, and THE NORTE DE VALLE CARTEL, | |
| Defendants. | |
| JPMORGAN CHASE BANK, N.A., | |
| Garnishee, | |
| and | |
| SAMARK JOSE LOPEZ BELLO and JULIO CESAR ALVAREZ MONTELONGO, | |
| Interested Parties. | |

------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 15, 2024, this case was reassigned to the Undersigned.

IT IS HEREBY ORDERED that the parties are ordered to submit a status update not later than **May 1, 2024**. It is further ordered that the parties are ordered to submit a status update every three months, on the first of each month, unless the first falls on a weekend or holiday, in which case the report is due on the first business day thereafter. After the May 1, 2024, report, the next status update will be due **August 1, 2024**.

IT IS FURTHER ORDERED that the stay in this matter is CONTINUED.

**SO ORDERED.**

Date: **April 23, 2024**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**