UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   ANTONIO CABALLERO,

                              Plaintiff.

                    -against-

FUERZAS ARMADAS REVOLUCIONARIAS DE
COLOMBIA, A/K/A FARC-EP A/K/A
REVOLUTIONARY ARMED FORCES OF
COLOMBIA, and THE NORTE DE VALLE
CARTEL,

                             Defendants.

JPMORGAN CHASE BANK, N.A.,

                             Garnishee,

                    and

SAMARK JOSE LOPEZ BELLO and JULIO CESAR
ALVAREZ MONTELONGO,

                          Interested Parties.
------------------------------------------------------------------X

20-CV-11061 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 3, 2025, Plaintiff filed a letter requesting that this action be closed;

      WHEREAS on February 4, 2025, the Court ordered the Defendants, Garnishees, and Interested Parties to advise as to whether they object to dismissing this case not later than February 11, 2025; and

      WHEREAS as of today, February 12, 2025, no objections have been filed.

      IT IS HEREBY ORDERED that this case is DISMISSED.  The Clerk of the Court is respectfully directed to terminate the case.

**SO ORDERED.**

**Date: February 12, 2025**
**New York, NY**

           **VALERIE CAPRONI**
           **United States District Judge**